```
PATRICK L. FORTE, #80050
CORRINE BIELEJESKI, #244599
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-43384 RJN |
| **KEVIN COSTA and LYNDA LEE COSTA,** | Chapter 13 |
| Debtors. | DECLARATION OF DEBTOR IN SUPPORT OF DEBTORS' MOTION TO VALUE LIEN |
| _____/ | _____ |

I, Kevin Costa, declare:

    1. I am one of the debtors in the above-captioned case.

    2. The facts contained herein are true and correct and if called upon as a witness I can testify competently as to them.

    3. At the time I filed my chapter 13 case, on March 26, 2010, I was the owner of the real property located at 1831 Granada Dr., Concord, CA 94519 (the "property").

    4. I am informed and believe that on the date I filed my case, my property was worth approximately $270,000.00. On January 22, 2010, I had the property appraised by Arthur De Los Reyes of De Lose Reyes Appraisal Co. A copy of the appraisal, which reflects a fair market

Case: 10-43384   Doc# 11-2   Filed: 06/02/10   Entered: 06/02/10 15:20:37   Page 1 of 2

value of $270,000.00, is attached hereto as Exhibit A and made a part hereof.

    5. The property is encumbered by a First Deed of Trust in favor of Wells Fargo Bank in the sum of $291,981.00, as evidenced by my Schedule D, a copy of which is attached as Exhibit B and made a part hereof.

    6. Wells Fargo Bank, NA is the beneficiary of a Second Deed of Trust against the property in the sum of $46,521.95, as evidenced by its proof of claim filed on April 12, 2010, a copy of which is attached as Exhibit C and made a part hereof.  In its proof of claim, Wells Fargo estimates the property value at $265,000.00.

    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: June 2, 2010                                       /s/   Kevin Costa_____
                                                                       KEVIN COSTA