```
PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors
```

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **In re:** | **Case No. 10-43384 WJL** |
| **KEVIN COSTA and LYNDA LEE COSTA,** | **Chapter 13** |
| **Debtors.** | **REQUEST FOR ENTRY OF ORDER BY DEFAULT** |
| _____/ | |

    Debtors Kevin Costa & Lynda Lee Costa ("Debtors") hereby request the court enter an Order Avoiding Lien of LBA Realty Fund II – WBP II, LLC.

    1. This request is based on the Motion to Avoid Judicial Lien of LBA Realty Fund II – WBP II, LLC and Declaration of Debtor in Support of the Motion served on March 26, 2015.

    2. More than twenty-one (21) days have elapsed since such service, and no objection or request for a hearing has been filed and served.

Based on the foregoing, Debtors pray that:

1. The court will enter an Order Avoiding Lien of LBA Realty Fund II – WBP II, LLC by default.

Dated: April 17, 2015         /s/      Anne Y. Shiau
                                      ANNE Y. SHIAU
                                      Attorney for Debtors