

PATRICK L. FORTE, #80050
ANNE Y. SHIAU, #273709
LAW OFFICES OF PATRICK L. FORTE
One Kaiser Plaza, #480
Oakland, CA 94612
Telephone: (510) 465-3328
Facsimile: (510) 763-8354

Attorneys for Debtors

The following constitutes the order of the court.
Signed May 7, 2015


_____
William J. Lafferty, III
U.S. Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 10-43384 WJL |
| **KEVIN COSTA and LYNDA LEE COSTA** | Chapter 13 |
| Debtors. _____/ | <u>ORDER AVOIDING LIEN</u> |

The above named debtors having served a Motion to Avoid Lien on March 26, 2015 and there being no objections thereto and it appearing that the lien impairs debtors' exemption and good cause appearing therefor:

**IT IS ORDERED** that the default of LBA Realty Fund II - WBP II, LLC is entered and the lien of LBA Realty Fund II - WBP II, LLC which was recorded on January 4, 2010, in Contra Costa County Recorder's Office as Instrument #2010-0000251-00 against the real property located at 1831 Granada Drive, Concord, CA 94519 is null and void.

**END OF ORDER**

Page 1 of 2

**COURT SERVICE LIST**

Attn: Officer
LBA Realty Fund II - WBP II, LLC
3347 Michelson Drive, Suite 200
Irvine, CA 92612

Attn: Officer or Managing Agent
LBA Realty Fund II - WBP II, LLC
C/o National Registered Agents, Inc.
100 Canal Pointe Blvd., Suite 212
Princeton, NJ 08540

Attn: Officer or Managing Agent
LBA Realty Fund II - WBP II, LLC
C/o CT Corporation System
818 West Seventh Street, 2nd Floor
Los Angeles, CA 90017

Attn: Officer
LBA Realty Fund II - WBP II, LLC
C/o Horner & Singer, LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596

Attn: Clifford Horner
LBA Realty Fund II - WBP II, LLC
C/o Horner & Singer, LLP
1646 N. California Blvd., Suite 250
Walnut Creek, CA 94596